UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

Alexander Ramon Escobar Bravo

Debtor(s).
_______________________________/

Chapter 7
Case No. 26-20238-CLC

**STIPULATION FOR ASSUMPTION OF THE LEASE AGREEMENT BETWEEN DEBTOR AND CREDITOR**

Debtor and VT Inc. as Trustee of World Omni LT, Lessor, by and through their undersigned counsel, hereby stipulate that the lease agreement of the *2026 TOYOTA CAMRY*, is assumed under 11 U.S.C. 365(p) and that the Debtor(s) will comply with the terms and conditions of said lease.

STIPULATED TO:

| | |
|---|---|
| David A. Ray<br>Bar No. 13871<br>Tripp Scott, P.A.<br>110 SE 6th Street, Suite 1500<br>Fort Lauderdale, FL 33301<br>Tel: 954-525-7500<br>Fax: 954-762-2502<br>dar@trippscott.com<br>bankruptcy@trippscott.com<br><br>Attorney for Creditor<br>Last Four Digits of Account No: 5622 | Jose A. Blanco, P.A.<br>102 E 49th ST<br>Hialeah, FL 33013<br>(305) 349-3463<br>Fax : (786) 567-5057<br>Email: eservice@blancopa.com |

TS #64644

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Alexander Ramon Escobar Bravo

Debtor(s).
______________________________/

Chapter 7
Case No. 26-20238-CLC

**LEASE ASSUMPTION AGREEMENT WITH VT, INC., AS TRUSTEE OF WORLD OMNI, LT.**

Debtor agrees to assume the Lease Agreement described below with Lessor, VT Inc. as Trustee of World Omni LT. pursuant to 11 U.S.C. § 365(p).

Debtor further agrees as follows:

1. To make the monthly payments as required under the Lease Agreement;
2. Any arrears on this obligation shall be paid in full by the date of discharge;
3. The Lease is hereby incorporated by reference; and
4. To be bound by all the terms and conditions of the Lease Agreement including, but not limited to, any and all liability for excess mileage, excess wear and tear and use, and any other amount required by the Lease Agreement.

| Description of Lease | |
|---|---|
| Lease Date: June 12, 2026 | Vehicle Description: 2026 TOYOTA CAMRY |
| Last Four Digits of Account No. 5622 | VIN: 4T1DAACKXTU754775 |

Accepted By:

______________________________ ______________________________

| David A. Ray<br>Bar No. 13871<br>Attorney for Creditor | Debtor<br>Alexander Ramon Escobar Bravo<br>10420 NW 74TH ST UNIT 208<br>Miami, FL 33178 |
|---|---|

Date: 9/24/26 Date: 09/15/2026

TS #64644